# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Deborah DeLaurentis,<br>aka Deborah DeLaurentis-Parker,<br>aka Deborah L Depaul<br>&<br>Charles Parker<br><div align="center">Debtor(s)</div> | CHAPTER 13<br><br>BKY. NO. 12-19641 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                        **/s/ Matteo S. Weiner, Esquire**
                                        Matteo S. Weiner, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322 FAX (215) 627-7734