United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Deborah DeLaurentis  
Charles Parker  
       Debtors

Case No. 12-19641-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 02, 2018  
                   Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2018.  
12881000      +Bank of America Mortgage,   P.O. Box 5170,   Simi Valley, CA 93062-5170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2018 at the address(es) listed below:

      ANDREW SPIVACK   on behalf of Creditor   Nationstar Mortgage, LLC paeb@fedphe.com  
      JEROME B. BLANK   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC. paeb@fedphe.com  
      KEVIN G. MCDONALD   on behalf of Creditor   Bank of America, N.A. KMcDonald@blankrome.com  
      MATTEO SAMUEL WEINER   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com  
      MICHAEL A. CATALDO2   on behalf of Joint Debtor Charles Parker ecf@ccpclaw.com, igotnotices@ccpclaw.com  
      MICHAEL A. CATALDO2   on behalf of Debtor Deborah DeLaurentis ecf@ccpclaw.com, igotnotices@ccpclaw.com  
      MICHAEL A. CIBIK2   on behalf of Debtor Deborah DeLaurentis ecf@ccpclaw.com, cibikmr70146@notify.bestcase.com  
      MICHAEL A. CIBIK2   on behalf of Joint Debtor Charles Parker ecf@ccpclaw.com, cibikmr70146@notify.bestcase.com  
      SHERRI J. BRAUNSTEIN   on behalf of Creditor   Bank of America, N.A. sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com  
      THOMAS R. WASKOM   on behalf of Creditor   Citizens Bank kbell@hunton.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
      WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

                               TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-19641-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Deborah DeLaurentis
419 Ellerslie Avenue
Ambler PA 19002

Charles Parker
419 Ellerslie Avenue
Ambler PA 19002

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/02/2018.

Name and Address of Alleged Transferor(s):

Claim No. 28: Bank of America Mortgage, P.O. Box 5170, Simi Valley, CA 93062

Name and Address of Transferee:

Nationstar Mortage LLC, P.O.Box 619094
Dallas, TX 75261-9741

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  01/04/18

Tim McGrath
**CLERK OF THE COURT**