IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Deborah DeLaurentis aka Deborah DeLaurentis-Parker<br>aka Deborah L Depaul<br>Charles Parker<br>    Debtors | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>    Movant<br>vs. | NO. 12-19641 AMC |
| Deborah DeLaurentis aka Deborah DeLaurentis-Parker<br>aka Deborah L Depaul<br>Charles Parker<br>    Debtors | 11 U.S.C. Sections 362 |
| William C. Miller, Esq.<br>    Trustee | |

**ORDER**

AND NOW, this _____ day of _____, 2018 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on October 20, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

                       _____
                       United States Bankruptcy Judge.

cc: See attached service list

Deborah DeLaurentis aka Deborah DeLaurentis-Parker aka Deborah L Depaul
419 Ellerslie Avenue
Ambler, PA 19002

Charles Parker
419 Ellerslie Avenue
Ambler, PA 19002

Michael A. Cataldo, Esq. (VIA ECF)
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Michael A. Cibik, Esq. (VIA ECF)
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105