United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-19641-amc
Deborah DeLaurentis                                                     Chapter 13
Charles Parker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: YvetteWD            Page 1 of 1            Date Rcvd: Mar 05, 2018
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2018.
db/jdb         +Deborah DeLaurentis,   Charles Parker,   419 Ellerslie Avenue,   Ambler, PA 19002-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2018 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. KMcDonald@blankrome.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bank of America, N.A. KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Charles  Parker ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Deborah  DeLaurentis ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Deborah  DeLaurentis ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Charles  Parker ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    Bank of America, N.A.
               sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
              THOMAS R. WASKOM    on behalf of Creditor    Citizens Bank kbell@hunton.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Deborah DeLaurentis aka Deborah DeLaurentis-Parker<br>aka Deborah L Depaul<br>Charles Parker<br>　　　　　　　　　Debtors | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　　　Movant<br>　　　vs. | NO. 12-19641 AMC |
| Deborah DeLaurentis aka Deborah DeLaurentis-Parker<br>aka Deborah L Depaul<br>Charles Parker<br>　　　　　　　　　Debtors | 11 U.S.C. Sections 362 |
| William C. Miller, Esq.<br>　　　　　　　　　Trustee | |

**ORDER**

AND NOW, this ___ day of Feb, 2018 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on October 20, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Deborah DeLaurentis aka Deborah DeLaurentis-Parker aka Deborah L Depaul
419 Ellerslie Avenue
Ambler, PA 19002

Charles Parker
419 Ellerslie Avenue
Ambler, PA 19002

Michael A. Cataldo, Esq. (VIA ECF)
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Michael A. Cibik, Esq. (VIA ECF)
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105