United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 12-19641-amc
Deborah DeLaurentis                                                             Chapter 13
Charles Parker
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 3                Date Rcvd: Mar 23, 2018
                             Form ID: 138NEW          Total Noticed: 81

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
```
db/jdb    +Deborah DeLaurentis,   Charles Parker,   419 Ellerslie Avenue,   Ambler, PA 19002-5609
cr        ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
            (address filed with court: NATIONSTAR MORTGAGE, LLC.,   PO Box 630267,   Irving, TX  75063)
12880992   +ABINGTON HEALTH PHYSICIANS,   PO BOX 8500  7972,   PHILADELPHIA, PA 19178-8500
12880993    ABINGTON MEMORIAL HOSPITAL,   PO BOX 786331,   PHILADELPHIA, PA 19178-6331
12880995   +Apex Asset Management,   1891 Santa Barbara Dr St,   Lancaster, PA 17601-4106
12880997    Arthur Lashin, Esquire,   123 S BROAD ST  STE 1660,   PHILADELPHIA, PA 19109-1003
12880999   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998)
12881000   +Bank of America Mortgage,   P.O. Box 5170,   Simi Valley, CA 93062-5170
12968981   +Bank of America, N.A.,   16001 North Dallas Parkway,   Addison, TX 75001-3311
12881001   +Barclays Bank Delaware,   Attention: Bankruptcy,   PO Box 1337,   Philadelphia, PA 19105
12881003    Boscov's,   PO Box 17642,   BALTIMORE MD 21297-1642
12881010   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Citibank Usa,   CITICORP CREDIT SERVICES/ATTN: CENTRALIZ,
            PO Box 20363,   Kansas City, MO 64195)
12881027   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Home Depot,   Processing Center,   Des Moines IA 50364-0001)
12881005   +Cap One Na,   Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
12930124    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
12941421    Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
12881006   +Capital One, N.a.,   Capital One Bank (USA) N.A.,   PO Box 30285,
            Salt Lake City, UT 84130-0285
12881007    Card Member Service,   PO BOX 15153,   Wilmington DE 19886-5153
12881009   +Citibank (South Dakota) NA,   701 EAST 60TH STREET N,   Sioux Falls, SD 57104-0493
12881011   +Citizen Bank,   P.O. Box 1315,   Providence, RI 02901-1315
12925945   +Citizens Bank,   443 Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
12881015   +DR PAUL MAYER,   10 E MILL RD,   FLOURTOWN, PA 19031-2027
12881016   +DRS SCHWARTZ AND SCHELKUN,   158 YORK RD,   ORAL SURGERY CENTER,   WARMINSTER, PA 18974-4521
12881017   +Enhanced Recovery Corp.,   10550 Deerwood Park BLVD.,   Suite 600,
            Jacksonville, FL 32256-2811
12881018   +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
12881019   +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
12881020   +FAMILY PRACTICE ASSOC OF UPPER DUBLIN,   PO BOX 8500  7972,   PHILADELPHIA, PA 19178-8500
12896209    FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
12881021   +FORT WASHINGTON REHAB,   270 COMMERCE DRIVE,   SUITE 190,   FORT WASHINGTON, PA 19034-2405
12881022   +FRONTIER FINANCIAL GROUP,   631 N STEPHANIE ST #419,   HENDERSON NV 89014-2633
12966872   +Family Practice Assoc. Upper Dublin,   1244 Ft. Washington Ave.,   Ste. 2,
            Ft. Wash., PA 19034-1743
12881026   +GRIMLEY FINANCIAL,   30 WASHINGTON AVE   SUITE C-6,   HADDONFIELD NJ 08033-3341
12881028   +HSBC ReTAI; sERVICES,   PO BOX 17298,   BALTIMORE MD 21297-1298
12881030   +JOHN LEE JACKSON,ESQ,   1445 LANGHAM CREEK DRIVE,   HOUSTON TX 77084-5012
14035245   +Nationstar Mortage LLC, P.O.Box 619094,   Dallas, TX 75261-9094
12881036    PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
            Harrisburg, PA 17120-0946
12881040   +PPL,   2 North 9th Street,   Allentown, PA 18101-1179
13025503   +PPL Electric Utilities,   827 Hausman Road,   Allentown, PA 18104-9392
12881041   +Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
12881042   +Stern, Lavinthal & Frankhrberg,   105 Eisenhower Parkway,   Roseland, NJ 07068-1640
12881043   +The Bureaus Inc.,   Attention: Bankruptcy Dept.,   1717 Central St.,   Evanston, IL 60201-1507
12881044   +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
            Chicago, IL 60661-3631
12881045   +Verizon Pennsylvania,   Bankruptcy Department RMSC,   3900 Washington Street,
            Wilmington DE 19802-2125
12881046   +Wfnnb/Limited Too,   Attention: Bankruptcy,   P.O. Box 182685,   Columbus, OH 43218-2685
12881047   +ZYNEX,   9990 PARK MEADOW DRIVE,   LONE TREE CO 80124-6739
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Mar 24 2018 01:51:12    City of Philadelphia,
            City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
            Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2018 01:50:18
            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
            Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 24 2018 01:50:47    U.S. Attorney Office,
            c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2018 01:53:12    GE Capital Retail Bank,
            c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
            Miami, FL  33131-1605
12880996    E-mail/Text: legal@arsnational.com Mar 24 2018 01:49:45    ARS NATIONAL SERVICES,
            PO BOX 463023,   ESCONDIDO CA 92046-3023
12880994   +E-mail/Text: ally@ebn.phinsolutions.com Mar 24 2018 01:48:58    Ally Financial,
            P.O. Box 130424,   Roseville, MN 55113-0004
```

```
District/off: 0313-2          User: YvetteWD        Page 2 of 3           Date Rcvd: Mar 23, 2018
                             Form ID: 138NEW        Total Noticed: 81
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
12883912      +E-mail/Text: ally@ebn.phinsolutions.com Mar 24 2018 01:48:58
               Ally Financial Inc. f/k/a GMAC Inc.,   P O Box 130424,   Roseville, MN 55113-0004
12958702       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 24 2018 02:02:28
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
12893303       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 24 2018 02:02:28
               American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
12894849      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 24 2018 01:50:22      Asset Acceptance LLC,
               PO Box 2036,   Warren, MI 48090-2036
12880998      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 24 2018 01:50:22      Asset Acceptance Llc,
               Po Box 1630,   Warren, MI 48090-1630
12881002      +E-mail/Text: banko@berkscredit.com Mar 24 2018 01:49:43      Berks Credit & Coll,
               900 Corporate Dr,   Reading, PA 19605-3340
12909223       E-mail/PDF: rmscedi@recoverycorp.com Mar 24 2018 01:53:48
               Bureaus Investment Group Portfolio No 15 LLC,   c/o Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
12881004      +E-mail/Text: notices@burt-law.com Mar 24 2018 01:51:32      Burton Neil and Associates,
               1060 Andrew Drive,   Suite 170,   West Chester, PA 19380-5600
12881012       E-mail/Text: bankruptcy@phila.gov Mar 24 2018 01:51:12      City of Philadelphia,
               Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102
13120087      +E-mail/Text: bncmail@w-legal.com Mar 24 2018 01:50:33      Cheswold (Ophrys), LLC,
               c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
12881008      +E-mail/Text: ecf@ccpclaw.com Mar 24 2018 01:48:59      Cibik and Cataldo, P.C.,
               1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
12885520       E-mail/Text: mrdiscen@discover.com Mar 24 2018 01:49:00      Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
12881014      +E-mail/Text: mrdiscen@discover.com Mar 24 2018 01:49:00      Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
12881023      +E-mail/Text: Banko@frontlineas.com Mar 24 2018 01:51:37      FRONTLINE ASSET STRATEGIES,
               1935 WEST COUNTY RD B2,   SUITE 425,   ROSEVILLE MN 55113-2795
12889748       E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2018 01:53:28      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12881024       E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2018 01:53:13      Gemb/JC Penny,
               Attention:  Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
12881025      +E-mail/Text: ally@ebn.phinsolutions.com Mar 24 2018 01:48:58      Gmac Automotive Bank,
               PO Box 130424,   Roseville, MN 55113-0004
13067117       E-mail/Text: bankruptcy.bnc@ditech.com Mar 24 2018 01:49:44      Green Tree Servicing LLC,
               PO Box 0049,   Palatine, IL 60055-0049
12881029       E-mail/Text: cio.bncmail@irs.gov Mar 24 2018 01:49:42      I.R.S.,   P.O. Box 7346,
               Philadelphia, PA 19101-7346
12966180       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 24 2018 01:50:38      Jefferson Capital Systems LLC,
               PO BOX 7999,   SAINT CLOUD MN 56302-9617
12881031      +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 24 2018 01:49:38      Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
12881032      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 24 2018 01:50:24      Midland Funding,
               8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
12881034       E-mail/Text: egssupportservices@alorica.com Mar 24 2018 01:50:35      NCO Financial Systems,
               507 Prudential Road,   Horsham PA 19044-2308
12881035      +E-mail/Text: notices@burt-law.com Mar 24 2018 01:51:32      NEIL SARKER,ESQUIRE,
               1060 ANDREW DRIVE,   SUITE 170,   WEST CHESTER, PA 19380-5601
12881039       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 24 2018 01:53:23      Portfolio Rc,
               Attn: Bankruptcy,   PO Box 41067,   Norfolk, VA 23541
12955457       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 24 2018 01:53:45
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
12881037      +E-mail/Text: bnc@bass-associates.com Mar 24 2018 01:51:31      Paragonway,   PO Box 92109,
               Austin, TX 78709-2109
12881038      +E-mail/Text: nod.referrals@fedphe.com Mar 24 2018 01:49:36      Phelan, Halinan & Smieg,
               Suite 1400,   1617 JFK Boulevard,   Philadelphia, PA 19103-1814
12883250       E-mail/Text: bankruptcy@cavps.com Mar 24 2018 01:50:41      Precision Recovery Analytics, Inc,
               c/o Cavalry Advisory Services,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
12929785       E-mail/Text: bnc-quantum@quantum3group.com Mar 24 2018 01:49:48
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                    TOTAL: 36

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12881013       Comenity Bank/fashbug
cr*           +Cheswold (Ophrys), LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
cr*            Green Tree Servicing LLC,   PO Box 0049,   Palatine, IL  60055-0049
cr*           ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   P.O. Box 619096,
               Dallas, TX  75261-9741)
12881033*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE LLC,   350 HIGHLAND DRIVE,
               LEWISVILLE TX 75067)
```

```
District/off: 0313-2          User: YvetteWD          Page 3 of 3          Date Rcvd: Mar 23, 2018
                             Form ID: 138NEW          Total Noticed: 81
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
13502293*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:  Nationstar Mortgage, LLC,    P.O. Box 619096,
             Dallas, TX 75261-9741)
                                                                     TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
          ANDREW  SPIVACK   on behalf of Creditor   Nationstar Mortgage, LLC paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC. paeb@fedphe.com
          KEVIN G. MCDONALD   on behalf of Creditor   Bank of America, N.A. KMcDonald@blankrome.com
          KEVIN G. MCDONALD   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC. KMcDonald@blankrome.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2   on behalf of Joint Debtor Charles  Parker ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2   on behalf of Debtor Deborah  DeLaurentis ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2   on behalf of Debtor Deborah  DeLaurentis ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2   on behalf of Joint Debtor Charles  Parker ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
          REBECCA ANN SOLARZ   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com
          SHERRI J. BRAUNSTEIN   on behalf of Creditor   Bank of America, N.A.
          sherri.braunstein@phelanhallinan.com,  pa.bkecf@fedphe.com
          THOMAS R. WASKOM   on behalf of Creditor   Citizens Bank kbell@hunton.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                     TOTAL: 15
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Deborah DeLaurentis and Charles
Parker

                Debtor(s)                                Bankruptcy No: 12−19641−amc

                                                Chapter: 13

_____

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

            900 Market Street
            Suite 400
            Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

            For The Court

            Timothy B. McGrath
            Clerk of Court

Dated: 3/23/18